IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

WARREN PASCHAL, JR,                          *

                Plaintiff,              *

v.                                                 Case No. 4:26-cv-674-CDL-ALS

                                   *

JOHN DOE,

                                   *

                Defendant.              *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 12, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 13th day of May, 2026.

                              David W. Bunt, Clerk


                              s/ Elizabeth S. Long, Deputy Clerk